```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                    -v-                                       :
                                                              :
                                                              :
    JOHNATTAN GUERRIDO,                                       :
                                                              :
                                            Defendant.        :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022

1:22-cr-086-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on February 15, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 11, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge