UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                            :

UNITED STATES OF AMERICA,         :
                            :
                            :
         -v-                   :
                            :

JOHNATTAN GUERRIDO,          :
                            :
                Defendant. :
------------------------------------------------------------ X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/28/2022 |

1:22-cr-086-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing scheduled for July 28, 2022 is adjourned to August 15, 2022 at 10:00

a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York 10007.  The defendant's sentencing submissions are due no later than August 1,

2022; the Government's sentencing submissions are due no later than August 8, 2022.

      SO ORDERED.

Dated: June 28, 2022
       New York, New York

                                _____
                                    GREGORY H. WOODS
                                   United States District Judge